IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV13 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FERNANDO LECUONA and | ) | |
| JOHN ALBIN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion to Stay (Filing No. 9) and the plaintiff's motion for extension of time (Filing No. 13). The defendants seek the court to impose a stay on all discovery proceedings until thirty days after disposition of the defendants' motion to dismiss (Filing No. 11). The defendants state they raise the issue of qualified immunity in the motion to dismiss. The plaintiff did not file any opposition to the motion. The plaintiff seeks an extension until April 17, 2006, to respond to the defendants' motion to dismiss (Filing No. 11). The defendants have stipulated to the extension. **See** Filing No. 13. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion to Stay (Filing No. 9) is granted.

2. The parties shall have **thirty (30) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 11), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

3. The plaintiff's motion for extension of time (Filing No. 13) is granted. The plaintiff shall have to **on or before April 17, 2006**, to respond to the defendants' motion to dismiss (Filing No. 11).

DATED this 27th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge