# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV13 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FERNANDO LECUONA and | ) | |
| JOHN ALBIN, in their individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Michele M. Lewon to withdraw as counsel for the defendants (Filing No. 20). The defendants will continue to be represented by Assistant Attorney General Kevin Stephenson. The court finds good cause shown for the withdrawal of Ms. Lewon as counsel for the defendants pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion to withdraw (Filing No. 20) is granted.

2. The Clerk of Court shall stop all electronic notices to Michele M. Lewon regarding this case.

DATED this 7th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge