## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| | ) | 8:06CV13 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FERNANDO LECUONA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On February 8, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 8. On March 27, 2006, the court granted the defendants' motion to stay discovery and set a deadline of thirty days from the date an order was filed on the motion to dismiss for the parties to meet and confer pursuant to Fed. R. Civ. P. 16(f) and to file a written report of their meeting. **See** Filing No. 14. On October 6, 2006, the court granted the motion to dismiss with respect to absolute immunity regarding damages and denied the motion in all other respects. **See** Filing No. 19. Since that time, no report regarding the parties' meeting and conferring has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before November27, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 13th day of November, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge