# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY HIRSH,<br><br>    Plaintiff,<br><br>vs.<br><br>FERNANDO LECUONA, et al.,<br><br>    Defendants. | 8:06CV13<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on April 16, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **May 21, 2007, at 2:00 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 16th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge