IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV13 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO LECUONA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court following a jury trial in this case wherein the jury found in favor of the plaintiff and awarded $391,000 in actual damages and $350,000 in punitive damages against defendant Fernando Lecuona. Filing No. 84. The court hereby accepts the jury's verdict on actual damages in the amount of $391,000.

The court ordered the parties to submit briefs on the issue of punitive damages and assessed front pay. Filing No. 86. The court will not enter judgment in this case until after it determines the issue of punitive damages.

THEREFORE, IT IS ORDERED that the court accepts the verdict with regard to actual damages in the amount of $391,000 and will withhold entry of judgment in this case until such time as the punitive damages issues are finally determined.

DATED this 1st day of April, 2008.

BY THE COURT:


s/Joseph F. Bataillon
Chief United States District Judge