IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV13 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO LECUONA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion to reconsider, Filing No. 95, pursuant to NECivR60.1. Defendant requests a new trial on the basis that the court committed manifest errors in its prior rulings, particularly with regard to the First Amendment issues. The court has carefully reviewed the request and arguments of the defendant. The court finds the arguments lack merit. Accordingly, the court will deny the motion to reconsider.

THEREFORE, IT IS ORDERED that the motion to reconsider, Filing No. 95, is denied.

DATED this 15th day of April, 2008.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge