IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| Plaintiff, | ) | 8:06CV13 |
| v. | ) | |
| FERNANDO LECUONA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant 's motion to quash praecipe and/or writ of execution, Filing No. 136. The parties have represented that this action has been settled, but that settlement documents cannot be finalized until May 2009. Accordingly, the court finds that the plaintiff's praecipe for a writ of execution should be quashed, without prejudice to the plaintiff's right to reassert it, if necessary. This is not a determination on the merits of the issue.

IT IS ORDERED:

1. Defendant's motion to quash (Filing No. 136) is granted.

2. Plaintiff's praecipe for a writ of execution (Filing No. 135) is hereby quashed, without prejudice to refiling.

3. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) on or before June 15, 2009.

DATED this 25th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge