IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY HIRSH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV13 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO LECUONA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court in its own motion. By order dated November 25, 2008, the parties were directed to fine a joint stipulation of dismissal on or before June 15, 2009. Accordingly,

IT IS ORDERED:

1. Within 14 days of the date of this order, the parties shall show cause why this case should not be dismissed.

2. Absent such showing, the case will be dismissed by the court.

DATED this 1st day of July, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge